Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

West Palm Beach Division

| | |
|---|---|
| Emily Diane Leatherman <br><br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br><br> Scott Prescott <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED BY _____ D.C.

APR 1 0 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Emily Diane Leatherman
Street Address      7800 S. Dixie Hwy
City and County      West Palm Beach, Palm Beach
State and Zip Code      Florida, 33405
Telephone Number      (561) 779-7361
E-mail Address      EmilyLeathermanisTruth@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Scott Prescott *for Social Security Admin*

Job or Title *(if known)* Acting Assistant District Manager

Street Address 801 Clematis St.

City and County West Palm Beach, Palm Beach

State and Zip Code Florida, 33401

Telephone Number (866) 783-7339

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Criminal Violations 18 USC § 1201, 18 U.S.C § 1591, 18 U.S.C. § 2421, 18 U.S.C § 2421, 18 U.S.C § 371, 18 U.SC § 1343 42 U.S.C § 408, 18 U.S.C. § 1028A, 18 U.S.C § 242, 18 USC § 241, 18 USC § 1512, 787.01, 787.06, 817.568, 838.022, 843.02, 2236, 2241,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Emily Diane Leatherman, is a citizen of the State of *(name)* The United States of America

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,

   and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Scott Prescott , is incorporated under the laws of the State of *(name)* Florida & The UNITED STATES OF AMERICA , and has its principal place of business in the State of *(name)* works for Social Security

Or is incorporated under the laws of *(foreign nation)* USA I Believe Administrati

and has its principal place of business in *(name)* USA I Believe .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 10,000,000.00  Ten Million

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant Scott Prescott Assistant Director Manager @ Social Securi Office, on 801 Clematis, knew of trafficking network, made Plaintiff return, acted hostile, almost forced Plaintiff to repeat actions, with held her masterfile. He retained and reviewed records against request and may alter Contents to conceal activitty. This is both now, his actions in April of 2026, and past knowledge and books participation of said crime against the Plaintiff from the years of 2008 - 2019.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks $10,000,000.00 in damages - for the peop \ money for her
Plaintiff requests correction of records - He may have altered/changed, etc. and full release of SSA file.
Plaintiff request Criminal charges against the defendant.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April 18th, 2026_

Signature of Plaintiff _Emily Diane Leatherman_

Printed Name of Plaintiff _Emily Diane Leatherman_

### B.      For Attorneys

Date of signing: _April 10th, 2026_

Signature of Attorney _Emily Diane Leatherman_

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

I came to West Palm Beach on February 1, 2026, and have been here through April 10, 2026. On February 27, 2026, I submitted a written request to SSA employee Ms. Martin at the West Palm Beach Social Security office on Clematis Street requesting copies of my 1099s, payee/beneficiary history, financial records, and every single page of my master file, to be mailed directly to my motel address. I did not receive anything. I later spoke with Defendant Scott Preston, Assistant District Manager, who stated he would resend the request and also provide additional documents (1099s and payee/beneficiary lists), but he failed to provide any of those materials.

During my interactions with Mr. Preston, he acted hostile, rude, abrupt, and aggressive from the start, including speaking harshly, rushing me before I could sit down, interrupting me, and using a sarcastic, authoritarian tone. His conduct appeared baiting and designed to provoke a reaction to deny service. Despite my calm and respectful behavior, he delayed assistance, refused to print documents he could have provided immediately, and interfered with my ability to obtain my records. This conduct constitutes abuse of authority and interference with access to records.

On or about April 6, 2026, Mr. Preston stated he had received my full master file (approximately 300–400 pages) but refused to release it, stating he would "go through it," scan it, and keep copies before providing anything to me. I explicitly requested the file be provided complete, intact, and unaltered for legal purposes. His refusal and stated intent to review and control the contents raises concern of alteration, concealment, or withholding of information, which would violate federal records laws and the Privacy Act (5 U.S.C. § 552a) and constitute obstruction and falsification of federal records (18 U.S.C. §§ 1519, 1505).

Based on his conduct, demeanor, and actions, it appears Mr. Preston is aware of serious unlawful activity involving my Social Security records, including possible financial fraud and other criminal conduct by employees or connected individuals, and is acting to obstruct my access to information. I also informed him of concerns regarding individuals at my motel attempting to make me physically ill, and his continued obstruction and hostile treatment further contributed to harm and distress.

I believe these three employees at the West Palm Beach Social Security office took part in the transportation and sexual trafficking of me while I was incarcerated in Patton jail and prison, and possibly illegal medical procedures, but definitely the transporting and sexual trafficking part of it (I was took to other people's houses while I was over here and by other people), and that these individuals are connected to others including Ms. Hernandez at the Westwood Social Security office in California, Roberto Gutierrez, and the Gutierrez who is the head at the DPSS at 1111 Pico Boulevard where Karen Roberts printed me a document showing money was taken, as well as Mark J. Yost, forming a network of individuals within Social Security and related agencies who have committed federal crimes involving sexual trafficking and the taking of my money.

Book of Revelation — Revelation 13:10
"If anyone is to go into captivity, into captivity they will go."
☞ Very direct — those who put others in bondage face bondage themselves.Book of Exodus — Exodus 21:16
"Anyone who kidnaps another… is to be put to death."

☞ Taking control of a person's life is treated as serious, punishable wrongdoing. ○ God stopping ongoing harm / protection
Book of Nahum — Nahum 1:9
"Affliction will not rise up a second time."
☞ Meaning: → God does not allow the same harm to keep repeating forever.Book of Psalms — Psalm 37:28
"For the Lord loves justice; he will not forsake his faithful ones. Wrongdoers will be completely destroyed."Epistle to the Galatians — Galatians 6:7
"Do not be deceived: God is not mocked. Whatever a person sows, that they will also reap."
☞ That's the core principle: → What people do — comes back.Paired with the bank statements, paired with one of the main people at the DPSS office having the last name Gutierrez, paired with me being assigned a burglary detective to investigate what is clearly a financial and money-related crime, which is unusual, and paired with that investigation not actually being carried out, paired with the fact that I only recently learned that a top person at that DPSS office also has the last name Gutierrez, paired with the second Bank of America account that I never opened, paired with the ongoing temporary credit adjustments and reversals that by their own banking laws and policies should not have been allowed to continue at that level,
paired with me stating clearly that I am a victim of sexual trafficking and that there is a police report on file, but due to the number of people involved nothing has been properly investigated or followed up on, paired with my uncle being involved in a company where he was partners with Dr. Henry Jurecki, who was connected to Epstein, paired with my own memory of being brought to multiple locations, paired with Karen Roberts printing out documents showing approximately $3,500 per month tied to SSI and SSP under my name even though I have never received those funds and have never had any legal conservatorship or control over my finances, and paired with ongoing harassment from certain movie stars,
all of this together forms a pattern that cannot be ignored.
Paired with Scott Preston, the district manager at the Social Security office, not sending out for the documents I requested, there would be no reason for him at all to not want to send for those documents, allow me to receive them quickly, or even print them out while I am physically in the office, unless he either knew me, knew of me, knew crimes that have happened to me, had a personal interest, or had a personal bias.
There would be no reason for him to act the way he has acted. He has been rude, hostile, and mean. He has not sent for documents that I requested.
There would be no reason for that unless he knew of crime, knew about me and crimes that have happened to me, or was directly involved in the crime. Any of those situations is against Social Security laws and policy.
This document may be used for a police report specifically regarding the financial crimes. This document may be used in civil suits that I have filed so there is a clear paper trail across agencies.
This document reflects the truth of what has been happening so that any media or outside party can review it and understand the situation.
I will also be bringing this document back to the Social Security office so that it can be placed into my file, especially since I still need the documents that Scott Preston did not provide to me. I may also provide this document to attorneys.

I will be attaching supporting records, including Bank of America statements, the documents printed by Karen Roberts showing funds associated with my name, and any police reports where no action was taken, so that everything is together in one place.



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Scott Prescott_

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: